# A F F I D A V I T

Affiant, Special Agent Claudia Bonilla, Federal Bureau of Investigation (FBI), San Juan Division, being duly sworn, hereby depose and state that:

1.      Affiant is a law enforcement officer of the United States of America within the meaning of Section 2510 (7) of the Title 18, United States Code, that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for, the offenses enumerated in Section 2261 of Title 18, United States Code.

2.      Affiant is a Special Agent (SA) for the FBI, and has been so employed since July 2011.  I am currently assigned to investigate violent crimes (VC) and violent crimes against children (VCAC) in the San Juan Division.   Affiant has personally participated in this investigation leading to the information contained in this affidavit either through personal investigation or through discussions with other law enforcement personnel.

3.      Affiant has specialized training and/or experience in the area of VC.   During my time as an SA with the FBI, Affiant has participated in VC investigations as the primary investigator or in a subsidiary role.   Affiant is familiar with activities associated to VC.

4.      The information in this Affidavit is based on interviews and information obtained from cooperating persons involved in the investigation, information received from other FBI Special Agents, from other law enforcement agents, my experience and training, and the experiences of other law enforcement agents.

5.      This affidavit is made in support of a criminal complaint charging MICHAEL J. NEWLAND (NEWLAND) with a violation of Title 18, United States Code, Section 2261(a)(1).

6.      Because of the Affidavit's limited purpose of establishing probable cause, it does not contain all of the facts known to Affiant or other law enforcement officers about the

investigation.

7.      On October 27, 2013, NEWLAND traveled to San Juan, Puerto Rico via the Carnival Cruise Ship vessel Carnival Splendor on a family trip with S.W. (a female adult, hereinafter referred as the victim), who is NEWLAND'S girlfriend, her mother and two sisters. The cruise originated from New York, with San Juan being the first stop after three days of travel of the eight day cruise.

8.      On the previous night, October 26, 2013, there had been an argument between the victim and her mother, which resulted in her mother's name being removed from the cruise's charging account, for related cruise expenses.  The victim advised her mother that it had been NEWLAND the one that removed her name from the account.   On the following day, October 27, 2013, the victim and her mother were talking in the cabin where the victim and NEWLAND were staying, NEWLAND was not there.

9.      On the same day, at approximately 1:30 p.m, NEWLAND arrived at the cabin where the victim and her mother were speaking, and confronted the victim about the cruise's charging account matter and other financial matters.   The victim and NEWLAND started to argue and it escalated to the point where NEWLAND punched the victim with a closed fist on her left eye, causing significant bruising and requiring seven stitches.  The victim's mother was present when the altercation took place and placed the victim in the bathroom of the cabin and told NEWLAND to leave the cabin to calm down.

10.      Cruise ship security personnel were notified by one of the victim's sisters.  The victim received medical attention shortly after.

11.      After being advised of his Miranda Rights via the exhibition of FBI Form FD-395–Advice of Rights, NEWLAND provided a confession in which he admitted to his involvement in

the altercation and physically injuring the victim.    NEWLAND had also advised that he struck a mirror that was in the cabin, causing an injury to his left hand, that appeared to be swollen at the time.  NEWLAND was taken into custody by FBI personnel and transported to a where he received medical attention.

12.    Based upon my training, experience, and the abovementioned facts, I have probable cause to believe that NEWLAND committed the following violation of Federal Law: Interstate Domestic Violence Title 18, United States Code, Section 2261(a)(1).

13.    Affiant hereby declares that the foregoing is true and correct to the best of Affiant's knowledge pursuant to the investigation conducted in this matter.

Claudia I. Bonilla
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me on the 28th day of October, 2013

HON. MARCOS E. LOPEZ
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO